1
2
3
4
5
6
7

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

CARL McDADE,                    ) NO. CV 10-08507 JVS (SS)
                                )
              Petitioner,       )
                                )
          v.                    )          **JUDGMENT**
                                )
WARDEN,                         )
                                )
              Respondent.       )
_____ )

        Pursuant to the Court's Order Dismissing Habeas Action Without Prejudice,

        IT IS HEREBY ADJUDGED that the above-captioned action is dismissed without prejudice.

        DATED:   November 16, 2010

                              _____
                              JAMES V. SELNA
                              UNITED STATES DISTRICT JUDGE